UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CEDAR HAMES, et al.,

    Plaintiff(s),

v.                              CASE NO: 8:07-CV-768-T-30MAP

STATE OF FLORIDA DEPARTMENT
OF ENVIRONMENTAL PROTECTION,
et al.,

    Defendant(s).
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Unopposed Motion for Remand (Dkt. #6). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. Defendant's Unopposed Motion for Remand (Dkt. #6) is **GRANTED**. The Clerk of this Court is directed to **remand** this case to the Circuit Court for the Twelfth Judicial Circuit in and for Manatee County, Florida. The Clerk is also directed to forward a certified copy of this Order to that Court.

2. The Clerk is directed to CLOSE this file and terminate any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida on May 16, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

F:\Docs\2007\07-cv-768.remand.wpd